UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE CIOBANU, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HOME DEPOT U.S.A., INC., )<br>    Defendant. ) | Civil Action No. 13cv2272-IT |

## SETTLEMENT ORDER OF DISMISSAL

**Talwani, D. J.**

The court having been advised on June 9, 2014, that the above-entitled action has been settled;

**IT IS ORDERED** that this action is hereby dismissed, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

Dated: 6/10/14

/s/Gail A. Marchione,
Deputy Clerk